FILED

2020 OCT 30 PM 9: 15

CLERK U S DISTRICT COURT
CENTRAL DIST. OF CA
LOS ANGELES
BY: _____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | 20MJ05242 |
| | 19-20178-CR-ALTONAGA |
| Ivan Acevedo | |
| DEFENDANT(S). | DECLARATION RE OUT-OF-DISTRICT WARRANT |

The above-named defendant was charged by: The United States District Court
in the Southern District of Florida on September 17, 2020
at 9:00 [x] a.m. / ☐ p.m. The offense was allegedly committed on or about August 31, 2020
in violation of Title 18 U.S.C., Section(s) 3148
to wit: Violation of Release condition

A warrant for defendant's arrest was issued by: The Honorable Cecilia Altonaga, United States District Judge

Bond of $ No Bond was ☐ set / [x] recommended.

Type of Bond: N/A

Relevant document(s) on hand (attach): Arrest Warrant

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10/30/2020
             Date

_____
Signature of Agent

Kyle Schultz
Print Name of Agent

Federal Bureau of Investigation
Agency

Special Agent
Title

CR-52 (03/20)     DECLARATION RE OUT-OF-DISTRICT WARRANT